# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                              Case No. 6:12-cr-145-Orl-18DAB

RAMIRO TAPIA-CHAVEZ

---

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, there

being no timely objection, the plea of guilty of the Defendant to Counts One, Two and Three of the

Indictment is now accepted and the Defendant is ADJUDGED GUILTY of such offense(s). A

sentencing hearing has been scheduled and will be conducted pursuant to separate notice.

DONE and ORDERED in Orlando, Florida this 27 day of August, 2012 .

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant