# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                 Case No. 6:12-cr-145-Orl-18DAB

EMILIO TAPIA-CHAVEZ

_____

## AMENDED
## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Amended Report and Recommendation of the United States Magistrate Judge,

there being no timely objection, the plea of guilty of the Defendant to Counts One, Two and Four of

the Indictment is now accepted and the Defendant is ADJUDGED GUILTY of such offense(s). A

sentencing hearing has been scheduled and will be conducted pursuant to separate notice.

DONE and ORDERED in Orlando, Florida this __/ /__ day of September, 2012 .

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant